1  ROB BONTA
   Attorney General of California
2  RHONDA L. MALLORY
   Supervising Deputy Attorney General
3  TIM J. VANDEN HEUVEL
   Deputy Attorney General
4  State Bar No. 140731
     600 West Broadway, Suite 1800
5    San Diego, CA 92101
     P.O. Box 85266
6    San Diego, CA 92186-5266
     Telephone:  (619) 738-9095
7    Fax:  (619) 645-2581
     E-mail:  Tim.VandenHeuvel@doj.ca.gov
8  *Attorneys for Defendants*
   *SDSU Police Department, Police Chief Josh*
9  *Mays, Jonathan Becerra, Carrie Hogan,*
   *Norma Cruz, Paul Mcclain; Traci Steckler*
10 *and Anthony Calvert*

11          IN THE UNITED STATES DISTRICT COURT

12        FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14

15

16 **ROBERT L. PARKER, PH.D., an**          3:24-cv-0518-JES-DDL
   **individual,**
17                                          **SDSU POLICE DEPARTMENT,**
                              Plaintiff,    **POLICE CHIEF JOSH MAYS,**
18                                          **JONATHAN BECERRA, CARRIE**
         **v.**                            **HOGAN, NORMA CRUZ, PAUL**
                                           **MCCLAIN; TRACI STECKLER**
19                                          **and ANTHONY CALVERT's**
   **CITY OF SAN DIEGO; SDSU**              **MOTION TO DISMISS**
20 **POLICE DEPARTMENT; POLICE**            **PLAINTIFF'S FIRST AMENDED**
   **CHIEF JOSH MAYS; JONATHAN**            **COMPLAINT FRCP 12(b)(6);**
21 **BECERRA, an individual; CARRIE**       **MEMORANDUM OF POINTS AND**
   **HOGAN, an individual; NORMA**          **AUTHORITIES IN SUPPORT**
22 **CRUZ, an individual; PAUL**            **THEREOF**
   **MCCLAIN, an individual; TRACY**
23 **STECKLER, an individual;**             Date:       July 3, 2024
   **OFFICER CALVERT, an individual**       Time:       10:00 a.m.
24 **DOES 1-550, individuals,**             Courtroom:  4B
                                           Judge:      Hon. James E. Simmons,
25                            Defendants.               Jr.
                                           Trial Date:  TBD
26                                          Action Filed:     3/18/2024

27

28

                                1

1    **TO PLAINTIFF, IN PRO PER, AND ALL PARTIES AND THEIR**

2    **ATTORNEYS OF RECORD:**

3         **PLEASE TAKE NOTICE THAT** that on July 3, 2024 at 10:00 a.m., in the

4    Courtroom of the Honorable James E. Simmons, Jr., Courtroom 4B, United States

5    Courthouse, 221 West Broadway, San Diego, California 92101, counsel for

6    Defendants SDSU Police Department, Police Chief Josh Mays, Jonathan Becerra,

7    Carrie Hogan, Norma Cruz, Paul McClain, Traci Steckler and Anthony Calvert will

8    and hereby do move, pursuant to Federal Rules of Civil Procedure 12(b)(6)) and

9    12(e), for an order to dismiss Plaintiff's First Amended Complaint as to all claims

10   against these defendants, on the grounds that each fails to state facts sufficient to

11   constitute a cause of action.  Alternatively, defendants move for a more definite

12   statement as to these claims pursuant to FRCP 12(e).

13        The Eleventh Amendment bars Plaintiff's claims against the SDSUPD as well

14   as the State defendants sued in their official capacities.  Further, the State and arms

15   of the State are not legally considered "persons" falling within the jurisdiction of a

16   civil rights action based upon 42 USC § 1983. Accordingly, plaintiff does not state

17   a claim to relief that is plausible on its face pursuant to FRCP 12(b)(6).

18        Moreover, neither the First ("Malicious Prosecution") nor Second

19   ("Permanent Injunction and other Equitable Relief") causes of action state facts

20   sufficient to form a cause of action pursuant to FRCP 12 (b)(6).  Moreover, an

21   essential element of an injunctive relief claim is a showing that the litigant is likely

22   to prevail on the merits, which plaintiff cannot do based on the facts and law stated

23   herein.  Accordingly, plaintiff does not state a claim to relief that is plausible on its

24   face pursuant to FRCP 12(b)(6).

25        This motion is based on this Notice of Motion and Motion, the accompanying

26   Memorandum of Points and Authorities and Request for Judicial Notice and

27   records incorporated therein, all pleadings and papers on file in this action and any

28   related actions, and oral argument as may be presented to the Court.

1       This Court's meet-and-confer requirement does not apply to this noticed

2 motion as Plaintiff is appearing pro se and is not an attorney.

3

4   Dated:  May 24, 2024                    Respectfully submitted,

5                                ROB BONTA
                               Attorney General of California

6                                RHONDA L. MALLORY
                               Supervising Deputy Attorney General

7

                               s/ Tim J. Vanden Heuvel

8

9                                TIM J. VANDEN HEUVEL
                               Deputy Attorney General

10                                *Attorneys for Defendants SDSU Police*
*Department, Police Chief Josh Mays,*

11                                *Jonathan Becerra, Carrie Hogan,*
*Norma Cruz, Paul Mcclain; Traci*

12                                *Steckler and Anthony Calvert*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
3
---

# CERTIFICATE OF SERVICE

Case Name: **Parker v. City of San Diego, Does 1-50**
USDC Case No. **3:24-cv-0518-JES-DDL**

I hereby certify that on **May 24, 2024**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**SDSU POLICE DEPARTMENT, POLICE CHIEF JOSH MAYS, JONATHAN BECERRA, CARRIE HOGAN, NORMA CRUZ, PAUL MCCLAIN; TRACI STECKLER and ANTHONY CALVERT's MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FRCP 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **May 24, 2024**, at San Diego, California.

A. Dotson
Declarant

Signature

SD2024801509
84555436.docx