Robert L. Parker, Ph.D.
5468 Collier Avenue
San Diego, CA 92115
505-554-6507 (mobile)
RobertLewisParker@gmail.com
Plaintiff, Self-Represented

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. PARKER, Ph.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO;<br>JOSH MAYS, an individual;<br>JONATHAN BECERRA, an individual;<br>CARRIE HOGAN, an individual;<br>NORMA CRUZ, an individual;<br>PAUL MCCLAIN, an individual;<br>TRACI STECKLER, an individual;<br>ANTHONY CALVERT, an individual;<br>DOES 1-50, individuals;<br><br>Defendants. | 3:24-cv-00518-JES-DDL<br><br>**NOTICE OF APPEAL**<br><br>Dept.:      4B<br>Judge:      Hon. James E. Simmons, Jr.<br>Date Filed:  March 18, 2024 |

Plaintiff Robert L. Parker appeals to the United States Court of Appeals for the Ninth Circuit from the Clerk's Judgment In a Civil Case [ECF No. 33, May 30, 2025] following the Order [ECF No. 32, May 30, 2025] Granting Defendants' Motions to Dismiss [ECF No. 23, September 20, 2024; ECF No. 24, September 20, 2024].

This Notice of Appeal follows 0 days after the entry of the judgment, making this Notice of Appeal timely under FRAP Rule 4(a).

//

1    //

2

3    Date: May 30, 2022 at San Diego, California

4

5    Respectfully Submitted,

6

7    /s/ *Robert L. Parker*

8    Robert L. Parker, Ph.D.

9    Self-Represented Plaintiff/Appellant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Robert L. Parker's Ntc of Appeal, Parker v San Diego et. al. (3:24-cv-00518-JES-DDL)